UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                    :
JESSE JABLON                        :
                                    :
                                    :   CIVIL ACTION NO.
                                    :
                                    :
V.                                  :
                                    :
                                    :
                                    :
TIMOTHY M. HERBST                   :   DECEMBER 22, 2016
_____ :

### PETITION OF REMOVAL OF CIVIL ACTION
### BASED UPON EXISTENCE OF FEDERAL QUESTION

To:   THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE
      DISTRICT OF CONNECTICUT

The Defendant, Timothy M. Herbst in the above-entitled action respectfully petitions this Court as follows:

1.   The petitioner is a defendant in a civil action, bearing a Docket Number of AAN-CV16-6022030-S and a Return Date of December 13, 2016, pending in the Superior Court of the State of Connecticut, Judicial District of Ansonia-Milford at Milford, Connecticut.  Copies of the Summons, Complaint and Return of Service in that action are attached hereto as **Exhibit A**.

2.   The Summons and Complaint were first served upon the undersigned defendant on November 17, 2016.  This petition is being filed pursuant to 28 U.S.C. § 1446(b). This removal has taken place more than thirty (30) days after service, as undersigned defense counsel was very recently retained.

3.   The plaintiff's Complaint alleges, in pertinent part, that the defendant violated his civil rights.

…
…

…

4.  Based on the foregoing, this action is one which may be removed to this Court pursuant to 28 U.S.C. § 1446(b) because this Court has jurisdiction pursuant to 28 U.S.C. § 1331.

5.  Venue is proper pursuant to 28 U.S.C. § 1391.

6.  Pursuant to 28 U.S.C. § 1446(d), the defendant has on this date notified said Superior Court of the State of Connecticut of the filing of this petition.  A copy of the Notice of Removal filed in the Superior Court is attached hereto as **Exhibit B**.

7.  That on this day, a copy of the Notice of Removal, along will all pleadings in the above captioned action were served on plaintiff and co-defendant via counsel, and a true and correct copy of the Notice of Removal was filed on the Clerk of the Superior Court for the Judicial District of Ansonia-Milford at Milford, all in accordance with the requirements of 28 U.S.C. § 1446.

WHEREFORE, the defendant requests that this action be removed from the Superior Court of the State of Connecticut Judicial District of Ansonia-Milford at Milford and henceforth proceed in this Court.

                                THE DEFENDANT
                                TIMOTHY M. HERBST

                        BY:     */s/ James G. Williams*
                                James G. Williams, Esq.
                                Williams, Walsh & O'Connor, LLC
                                37 Broadway
                                North Haven, CT  06473
                                Telephone: 203-234-6333
                                Facsimile: 203-234-6330
                                Federal Bar No. ct01938
                                jwilliams@wwolaw.com

-3-

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing.  Parties may access this filing through the Court's CM/ECF System.

John R. Williams, Esq.
51 Elm Street
New Haven, CT  06510
T: 203-562-9931
F: 203-776-9494
jrw@johnrwilliams.com
*Counsel for Plaintiff*

Eileen R. Becker, Esq.
Loughlin Fitzgerald P.C.
150 South Main Street
Wallingford, CT  06492
T: 203-265-2035
F: 203-269-3487
ebecker@lflaw.com
*Counsel for Defendant*

Vincent M. Marino, Esq.
Cohen and Wolf PC
657 Orange Center Road
Orange, CT 06477
T: 203-298-4066
F: 203-337-5582
vmarino@cohenandwolf.com
*Counsel for Defendant*

                                  */s/ James G. Williams*
                                  James G. Williams