UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
:
JESSE JABLON : CIVIL ACTON NO.
: 3:16-cv-2107-AWT
:
V. :
:
:
TIMOTHY M. HERBST : AUGUST 23, 2017
_____

## MOTION FOR SUMMARY JUDGMENT
## AS TO COUNT ONE OF PLAINTIFF'S SECOND AMENDED COMPLAINT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure the defendant herein, Timothy M. Herbst, hereby respectfully moves for Summary Judgment as to Count One of the plaintiff's Second Amended Complaint.

In said count, the plaintiff claims that the defendant's alleged actions resulted in a violation of his property interest afforded to him under the United States Constitution. As is articulated in the supporting Memorandum of Law accompanying this Motion, the defendant is entitled to judgment as a matter of law as the plaintiff did not have any constitutionally protected property right or interest in his position with the Town of Trumbull.

WHEREFORE, the defendant respectfully requests that this Court grant his Motion for Summary Judgment as Count One of the Plaintiff's Second Amended Complaint.

1

2

    Respectfully submitted,

        THE DEFENDANT
        TIMOTHY M. HERBST

  BY:  /s/ *Scott R. Ouellette, Esq.*
        Scott R. Ouellette, Esq.
        Williams, Walsh & O'Connor, LLC
        37 Broadway
        North Haven, CT  06473
        Federal Bar No. ct26827
        Telephone: 203-234-6333
        Facsimile: 203-234-6330
        souellette@wwolaw.com

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System.

                                                */s/ Scott R. Ouellette*
                                                Scott R. Ouellette