## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| | : | |
| JESSE JABLON | : | CIVIL ACTON NO. |
| | : | 3:16-cv-2107-AWT |
| | : | |
| V. | : | |
| | : | |
| | : | |
| TIMOTHY M. HERBST | : | AUGUST 23, 2017 |

### DEFENDANT'S LOCAL RULE 56(a)(1) STATEMENT

Pursuant to Local Rule 56(a)(1), the defendant Timothy M. Herbst, through counsel, submits the following material facts to which there are no genuine issue to be tried:

1.  The plaintiff was employed by the Town of Trumbull from September 4, 2013 until December 23, 2013 (**Exhibit A,** *Affidavit of H. James Haselkamp, Jr.*)

2.  During his employment with the Town of Trumbull, the plaintiff was an "at will" employee in the office of the First Selectman, initially hired on a temporary basis to fill in for an employee who was on medical leave.  (**Exhibit A**, **Exhibit B**, *Affidavit of Timothy M. Herbst*).

3.  There is was no written contract between the plaintiff and the Town of Trumbull relative to his employment. (**Exhibit A**, **Exhibit B, Exhibit C**, *Plaintiff's Responses to Interrogatories and Requests for Production*, June 15, 2017).

4.  The plaintiff's temporary status went from September 24, 2013 until November 25, 2013. (**Exhibit A**).

5.  His appointment status went from November 27, 2013 until December 13, 2013..

(**Exhibit A**).

6.    The plaintiff's employment in the First Selectman's office was not controlled by any

contractual agreement, labor agreement or collective bargaining agreement.  (**Exhibit A**).

7.    The plaintiff's employment status was controlled exclusively by the Trumbull Town

Charter.  (**Exhibit A**).

8.    The Town of Trumbull Charter provides in Chapter III, Executive Branch, Section 4,

*Removal of Appointees,* "any person holding a town position for which compensation is

paid, *who is appointed without a fixed term,* shall serve at the pleasure of the appointing

authority and may be removed, *without cause,* on ten (10) days notice.  (**Exhibit A**).

9.    The plaintiff was never classified as the "Chief Administrative Officer" in his personnel

file or anywhere else. (**Exhibit A**).

10.   Mr. Jablon was not at any time, protected by the Civil Service rules of the Town of

Trumbull, nor was the plaintiff a member of any collective bargaining unit within the

Town of Trumbull.  (**Exhibit A, Exhibit B**).

11.   The plaintiff's positions with the Town of Trumbull were classified as an "AP," which

stands for "appointed position." (**Exhibit A**).

12.   During his employment with the Town of Trumbull, the plaintiff was an appointed, at

will employee. (**Exhibit A**).

2

Respectfully submitted;

THE DEFENDANT


BY: */s/ Scott R. Ouellette*

SCOTT R. OUELLETTE, Esq.
WILLIAMS, WALSH & O'CONNOR, LLC
37 Broadway
North Haven, Connecticut  06473
Tele: # (203) 234-6333
Fax: # (203) 234-6330
souellette@wwolaw.com
Federal Bar No.: ct26827

## **CERTIFICATION OF SERVICE**

      I hereby certify that a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System.

                                           /s/ *Scott R. Ouellette*
                                         Scott R. Ouellette

# Exhibit A

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| JESSE JABLON | : | CIVIL ACTON NO. |
|  | : | 3:16-cv-2107-AWT |
|  | : |  |
| V. | : |  |
|  | : |  |
|  | : |  |
| TIMOTHY M. HERBST | : | August 17, 2017 |

## AFFIDAVIT

I, H. JAMES HASELKAMP, JR. being duly sworn, depose and say:

1.    I am over the age of eighteen years and believe in the obligation of an oath.

2.    I am the Director of Labor Relations for the Town of Trumbull, a position I have held since February of 2014. Before that I was the Director of Labor Relations for the City of Norwalk, City of Waterbury, City of Stamford and City of Bridgeport.

3.    I received my undergraduate degree from the University of Connecticut and my law degree from Western New England School of Law. I have over 30 years of experience in the field of human resources and labor relations.

4.    As the Director of Labor Relations for the Town of Trumbull, I am responsible for all labor negotiations and contract administration for all collective bargaining agreements between the Town of Trumbull and municipal unions. I am also responsible for administering the human resource function for the Town of Trumbull as it relates to all union and non-union, appointed employees of the Town of Trumbull. As Director of Labor Relations for the Town of Trumbull, I am frequently asked to opine as to protocols and process that must be followed in the hiring, appointment, discipline and termination of all employees for the Town of Trumbull, union and non-union, civil service and appointed.

5.    Jesse D. Jablon was employed by the Town of Trumbull prior to my assuming the duties and responsibilities of Director of Labor Relations for the Town of Trumbull. My position relative to the status of Mr. Jablon's employment with the Town are made after reviewing the Trumbull Town Charter, his personnel file and other relevant documents that would weigh on the status of his employment. Mr. Jablon was employed by the Town of Trumbull from September 4, 2013 until December 23, 2013.

6.    Mr. Jablon was an "at will" employee in the office of the First Selectman, hired on a temporary basis to fill in for an employee who was on medical leave. (*See Exhibit 1*).

7.      There was no written contract between Mr. Jablon and the Town of Trumbull relative to his employment. His temporary status went from September 24, 2013 until November 25, 2013. His appointment status went from November 27, 2013 until December 13, 2013. *(See Exhibit 2).*

8. Mr. Jablon's employment in the First Selectman's office is not controlled by any contractual agreement, labor agreement or collective bargaining agreement. Mr. Jablon's employment status is controlled exclusively by the Trumbull Town Charter. Pursuant to Chapter III, Executive Branch, Section 4, *Removal of Appointees,* "any person holding a town position for which compensation is paid, *who is appointed without a fixed term,* shall serve at the pleasure of the appointing authority and may be removed, *without cause,* on ten (10) days notice. (Emphasis added). Mr. Jablon was appointed without a fixed term and was terminated *for cause. (See Exhibit 3).*

9. Mr. Jablon was never classified as the "Chief Administrative Officer" in his personnel file or anywhere else.

10. Mr. Jablon was not at any time, protected by the Civil Service rules of the Town of Trumbull.

11. Mr. Jablon was not a member of any collective bargaining unit within the Town of Trumbull.

12. In reviewing the personnel action forms (PAF) that is standard with all people hired by the Town of Trumbull, either permanent or temporary, union or non-union, civil service or appointed, Mr. Jablon is classified as an "AP," which stands for "appointed position." This means that Mr. Jablon was an appointed, at will employee.

H. James Haselkamp, Jr.
Director of Labor Relations
Town of Trumbull

Subscribed and Sworn before me
this _17_ day of August, 2017

_Mary A. Meier_

Notary Public/ Commissioner of the Superior Court
My Commission Expires:
SEAL

MARY ANN MEIER
NOTARY PUBLIC
MY COMMISSION EXPIRES _6/30/20_

# Exhibit

# 1

## PERSONNEL ACTION FORM

### NEW HIRE/TERMINATION/REHIRE/CHANGE IN STATUS (Please Circle)

Employee Number _4315_                Social Security Number _____

Name _Jablon_ _____  _Jesse_ _____  _____  _____
Last                     First                Initial    Suffix

**PREVIOUS POSITION**

Hours per week _35_ Job Class_____ Title _Manager_ Org/Obj(Acct.#)_____

Office Location_____ Group/BU_____ Rate_____ Wage Group/Step_____ Temp___Perm___Seasonal_____

### NEW HIRE/REHIRE/NEW STATUS (Please Circle)

Effective Date _8/26/2013_

Hours per week _35 40_ Job Class _147_ Title _Chief of Staff_ Org/Obj(Acct.#) _010/0400-50110/_

Office Loc _0104_ Check Loc _04_ Group/BU _AP_ Rate _37.4702/hr._ Wage Grade/Step___Temp___Perm___Seasonal___

Result of Civil Service Examination Procedure? Yes___ No _X_ Reason_____

Date of Birth ▬▬▬▬ Sex _M_ Marital Status _S_ EEO Ethnic Code _C_

Address ▬▬▬▬▬▬▬                       Phone ▬▬▬▬▬▬

_Bethany_    _CT_                           Zip _06524_

**TERMINATION**

Effective Date_____ Job Class_____ Dept._____

Resignation_____ Retirement_____ Layoff_____ Discharge_____ Rehire (yes)___ (no)___

Recommended by: _____ 9/4/13
                        (Department Head)           DATE

Certified by Personnel: _M. _____ 9/4/13
                                                      DATE

Certified by Finance: _Maria_____ 9/4/13
                                                      DATE

Approved by First Selectman: _____ 9/4/13
                                                      DATE

**HR/Civil Service (Pink)**        **Payroll (White)**        **Originator (Blue)**

Rev. 7/12

| For Office Use Only |
|---|
| ___New Hire I-9  ___Re-Hire I-9  ___Release Form ___Policies ___Backgroud |

# Exhibit

# 2

## PERSONNEL ACTION FORM

### NEW HIRE/TERMINATION/REHIRE/CHANGE IN STATUS (Please Circle)

Employee Number _4315_____    Social Security Number ____

Name _Jablon_____ _Jesse_____    Initial___ Suffix___
       Last                    First

---

**PREVIOUS POSITION**

Hours per week____ Job Class____ Title_____ Org/Obj(Acct.#)_____

Office Location____ Group/BU____ Rate____ Wage Group/Step____ Temp✓ Perm__ Seasonal__

---

**NEW HIRE/REHIRE/NEW STATUS (Please Circle)**

Effective Date _11/18/2013_

Hours per week _40_ Job Class _147_ Title _Chief of Staff_ Org/Obj(Acct.#) _01010400 501101_

Office Loc. _0104_ Check Loc. _104_ Group/BU _AP_ Rate____ Wage Grade/Step___ Temp✗ Perm✓ Seasonal__

Result of Civil Service Examination Procedure? Yes__ No____ Reason_____

Date of Birth ~~████~~ Sex _M_ Marital Status _S_ EEO Ethnic Code _C_

Address ~~████~~ Phone_____

_Bethany    CT_    Zip _06524_

---

**TERMINATION**

Effective Date_____ Job Class____ Dept.____

Resignation____ Retirement____ Layoff____ Discharge____ Rehire (yes)__ (no)__

---

Recommended by: _____ (Department Head)    DATE

Certified by Personnel: _m. meier_    _11/25/13_ DATE

Certified by Finance: _Marsa TB_    DATE

Approved by First Selectm : _Amott TB_    _11/12/13_ DATE

**HR/Civil Service (Pink)**    **Payroll (White)**    **Originator (Blue)**

Rev. 7/12

| For Office Use Only |
| --- |
| ___New Hire I-9 ___Re-Hire I-9 ___Release Form ___Policies ___Background |

## PERSONNEL ACTION FORM

### NEW HIRE/TERMINATION/REHIRE/CHANGE IN STATUS (Please Circle)

Employee Number ___4315___          Social Security Number _____

Name ___Joblon,___ ___Jesse___ _____
      Last            First                 Initial     Suffix

**PREVIOUS POSITION**

Hours per week_____Job Class_____Title_____Org/Obj(Acct.#)_____

Office Location_____Group/BU_____Rate_____Wage Group/Step____Temp___Perm___Seasonal___

**NEW HIRE/REHIRE/NEW STATUS (Please Circle)**

Effective Date_____

Hours per week_____Job Class_____Title_____Org/Obj(Acct.#)_____

Office Loc.____Check Loc.____Group/BU____Rate____Wage Grade/Step____Temp___Perm___Seasonal___

Result of Civil Service Exa ination Procedure? Yes____No____ Reason_____

Date of Birth _____ Sex_____ Marital Status_____ EEO Ethnic Code_____

Address_____Phone_____

_____Zip_____

**TERMINATION**

Effective Date ___12 /13 /13___ Job Class_____Dept._____

Resignation_____Retirement_____Layoff_____Discharge_____Rehire (yes)____(no)____

Recommended by:

Certified by Personnel:     (Department Head)   M. Miles   DATE 12/23/13

Certified by Finance:                  DATE 12/23/13

Approved by First Selectman:             DATE 12/23/13
                                     DATE

**HR/Civil Service (Pink)**      **Payroll (White)**      **Originator (Blue)**

**Rev. 7/12**

| For Office Use Only |
|---|
| ___New H re I-9  ___ Re-Hire I-9  ___Release Form ___Policies ___ Background |

# Exhibit

# 3

Any appointments made by the Acting First Selectman shall expire at the end of the Acting First Selectman's term, unless state law requires otherwise.

### Section 4.  Removal of Appointees.

Any person holding a town position for which compensation is paid, who is appointed without a fixed term, shall serve at the pleasure of the appointing authority and may be removed, without cause, on ten (10) days' notice.

If such person is appointed by one (1) town body or official on recommendation of another then he/she shall be removed by the appointing authority only on recommendation of the body or official.

### Section 5.  Relation to Boards and Commissions.

A.    Except as otherwise provided in this Charter, the First Selectman shall be a member, ex officio, of all boards, commissions and special committees, but he/she shall not have any voting power unless any such body shall, as a result of a tie vote, fail to organize or elect necessary officers, in either of which case the First Selectman shall have a tie breaking vote.

B.    The First Selectman is empowered to convene any or all of the appointed boards and commissions of the town to review and coordinate activities and to plan the operations of the town government. He/She shall, at least once a year, convene a general meeting of all boards and commission members.

- 15 -

# Exhibit B

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |  |
|---|---|---|
| JESSE JABLON | : | CIVIL ACTON NO. |
|  | : | 3:16-cv-2107-AWT |
|  | : |  |
| V. | : |  |
|  | : |  |
|  | : |  |
| TIMOTHY M. HERBST | : | August 17, 2017 |

## AFFIDAVIT

I, TIMOTHY M. HERBST, being duly sworn, depose and say:

1. I am over the age of eighteen years and I believe in the obligation of an oath.

2. I currently serve as the First Selectman of the Town of Trumbull. I was sworn into office on December 7, 2009 and I am currently completing my fourth term of office.

3. Prior to my election as First Selectman of the Town of Trumbull, I was an attorney in private practice. I received my undergraduate degree from Trinity College in 2002, earning a Bachelor of Arts in Political Science. I received my law degree from Pace University School of Law in 2007.

4. In the summer of 2013, my Chief of Staff was going on medical leave and my office needed temporary help to cover in her absence. Attorney Mario Coppola, of the law firm Berchem, Moses & Devlin, P.C served as my Town Attorney at this same time. Attorney Coppola recommended Mr. Jablon to work in the First Selectman's office on a temporary basis. Mr. Jablon was then working full time for the law firm of Berchem, Moses and Devlin.

5. Mr. Jablon understood his employment was temporary and "at will" when he was hired.

6. Mr. Jablon had no contract or employment agreement with the Town of Trumbull.

7. Mr. Jablon was not a member of any collective bargaining unit of the Town and was not protected by the Civil Service Rules of the Town of Trumbull.

Timothy M. Herbst
First Selectman, Town of Trumbull

Subscribed and Sworn before me
this 17 day of August, 2017

Notary Public Commissioner of the Superior Court
My Commission Expires: 11/30/21
SEAL

# Exhibit C

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JESSE JABLON                                        :

VS.                                                 :          NO. 3:16cv2107(AWT)

TIMOTHY M. HERBST                                   :          JUNE 15, 2017

**PLAINTIFF'S REVISED RESPONSES TO DEFENDANT'S INTERROGATORIES AND
REQUEST FOR PRODUCTION AS AGAINST THE PLAINTIFF, JESSE JABLON**

PROPOUNDING PARTY:                                  TIMOTHY M. HERBST

RESPONDING PARTY:                                   JESSE JABLON

SET:                                 One.

      The defendants hereby request that the plaintiff, JESSE JABLON, answer the following

Interrogatories and Requests for Production.

**INTERROGATORIES:**

1. Please state your full name and any other names by which you had been known as well as
   your current address and date of birth.

**ANSWER:**

Jesse Daniel Jablon, 89 Pinecrest Road, Orange, CT; June 17, 1984.

2. Please identify the following:
   a. If you have ever been married, state your spouse's name and address as well as the
      dates of each such marriage;
   b. If divorced, the date of each such divorce and the Court and jurisdiction where the
      decree was entered;
   c. If you have been employed in the past 10 years state:
      i. The name and address of each employer;
      ii. Job title and description;
      iii. Dates of employment for each such employer.

1

This material is in the possession of the defendant, having been obtained by subpoena.

8. Produce documents which were generated at Enterprise Car Sales as a result of the alleged conduct of the defendant as referenced in Count Two of your complaint.

These documents are in the defendant's possession, having been subpoenaed by the defendant.

9. If there is a written employment agreement between the plaintiff Jesse Jablon and Enterprise Car Sales which was in effect at any time during your employment at Enterprise Car Sales, please produce a copy of it.

All such materials, if they exist, are in the possession of the defendant as a result of the subpoena therefor to which the plaintiff did not object.

10. Produce the report of any expert witness which you intend to offer in support of the allegations set forth in your complaint at the trial in the above captioned matter.

None.

11. Produce a copy of the CV or resume of each such expert identified in the previous Request for Production.

No such expert has been identified and none is contemplated.

12. Produce a copy of any record for treatment for substance abuse or addiction as referenced in the previous interrogatories and/or an authorization permitting this defendant to obtain a copy of such records.

None.

13. If there is a written employment agreement between the plaintiff Jesse Jablon and the Town of Trumbull which was in effect at any time during your employment at the Town of Trumbull, please produce a copy of it.

These materials, which include the rules and regulations of the Town, are in the possession of the defendant.

WILLIAMS, WALSH & O'CONNOR, LLC
37 BROADWAY, FIRST FLOOR • NORTH HAVEN, CONNECTICUT 06473-2304
TELEPHONE: (203) 234-6333 • FACSIMILE: (203) 234-6330 • JURIS NO. 421162

## CERIFICATION

I, Jesse Jablon , hereby certify that I have reviewed the above interrogatories and responses thereto and that they are true and accurate to the best of my knowledge and belief.

JESSE JABLON

Subscribed and sworn to before me this 15th day of ~~December, 2016~~ June, 2017

~~NOTARY PUBLIC~~/ COMMISSIONER OF THE SUPERIOR COURT