UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JESSE JABLON | : | |
| VS. | : | NO. 3:16cv2107(WWE) |
| TIMOTHY M. HERBST | : | FEBRUARY 7, 2018 |

**CONSENT MOTION TO DISMISS**

The captioned case having been settled, the plaintiff moves that the action be dismissed with prejudice and without costs.

      THE PLAINTIFF

BY:_____/s/\_\_\_\_(ct00215)\_\_\_\_\_
      JOHN R. WILLIAMS (ct00215)
      51 Elm Street
      New Haven, CT 06510
      203.562.9931
      Fax:  203.776.9494
      jrw@johnrwilliams.com
      His Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                              /s/
                                  JOHN R. WILLIAMS